1412

## MERIT DOCKET

**94–1783.** State ex rel. Roberts v. Ohio State Hwy. Patrol Retirement Bd. In Mandamus. On motion for adoption of agreed settlement entry. The court having been advised that the parties reached a settlement of their dispute dismisses this cause.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**94–2372.** State ex rel. Hall v. Brown. *Licking County,* No. 94CA102. On joint motion to dismiss. The court having been advised that the parties reached a settlement of their dispute dismisses this cause.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–111.** Pusey v. Markovitch. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and COOK, JJ., concur.

PFEIFER, J., dissents.

**95–475.** Cuyahoga Cty. Court of Common Pleas v. Coats. In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–508.** State ex rel. Murr v. Sargeant. In Procedendo. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, PFEIFER and COOK, JJ., concur.

F.E. SWEENEY, J., dissents and would grant an alternative writ.

**95–512.** State ex rel. Buoscio v. Seventh Judicial Dist. of Ohio. In Mandamus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT and COOK, JJ., dissent and would grant an alternative writ.

**95–516.** Hall v. Shaker. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–536.** State ex rel. Luna v. White. In Procedendo. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, PFEIFER and COOK, JJ., concur.

F.E. SWEENEY, J., dissents and would grant an alternative writ.